UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

ed States District Court
District of Connec...
FILED AT        NEW H...

3 | 2 ........................ 2005
Kevin F. Rowe, Clerk

By ..... M. Ruocco
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : 3:05cr43(FBB) |
| v. | : VIOLATION: 18 U.S.C. §1341 (Mail Fraud) |
| | : |
| JENNIFER ASHE | : |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

1.     Beginning on or about April 15, 2003, and continuing thereafter until on or about December 19, 2003, in the District of Connecticut, and elsewhere, the defendant, JENNIFER ASHE, in her capacity as manager of the Torrington, Connecticut branch office of CitiFinancial, a company engaged in the business of providing financial services, knowingly and intentionally devised and implemented a scheme and artifice to defraud CitiFinancial, and to obtain money and funds belonging to CitiFinancial and its customers by means of false and fraudulent pretenses, representations and promises, to wit:

(a)     by causing approximately eighteen checks, in the total amount of approximately $15,949.16, drawn on the accounts of CitiFinancial customers, to be issued to the defendant's creditors without the customers' knowledge and approval; and

(b)     by approving two fictitious loans, in the total amount of approximately $12,108, for CitiFinancial customers without their knowledge and approval, and thereafter by causing the proceeds of said loans to be used to purchase an above-ground swimming pool for the defendant.

2.      Between April and December 2003, in furtherance of the scheme and artifice to defraud, the defendant, JENNIFER ASHE, knowingly sent or caused to be sent by the United States Postal Service, false account statements which did not reflect that the defendant, JENNIFER ASHE, had improperly accessed the customers' accounts, or that she had misappropriated funds from those accounts for her own personal use and enrichment.

All in violation of Title 18, United States Code, Section 1341.

UNITED STATES OF AMERICA

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY

NORA R. DANNEHY
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY

2