FILED

2005 APR 20 P 2: 12

U.S. DISTRICT COURT
NEW HAVEN, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

                                  :         CRIMINAL No. 3:05CR43 (EBB)

v.                                    :

                                   :

JENNIFER ASHE                   :         APRIL 11, 2005

### MOTION TO CONTINUE SENTENCING

The undersigned respectfully moves to continue the sentencing scheduled on May 20, 2005, to a date and time convenient to the court. Counsel respectfully requests the date and time certain to be June 10, 2005 at 10:00 a.m.

The Assistant United States Attorney has been notified of this request and has no objection to same.

The defendant waives any and all applicable rights she may have to an earlier sentencing date. (See Waiver attached hereto)

WHEREFORE, the Defendant respectfully requests that this motion be granted.

THE DEFENDANT, Jennifer Ashe

By: _____
     Ioannis A. Kaloidis, for
     Moynahan, Minnella & Tindall, LLC
     141 East Main Street, P.O. Box 2242
     Waterbury, Connecticut 06722-2242
     Phone No. (203) 573-1411
     Facsimile No. (203) 757-9313
     Email Address: jkaloidis@moynahanlawfirm.com
     Federal Bar No. ct25510

## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record as follows:

United States District Court
District of Connecticut at New Haven
141 Church Street
New Haven, Connecticut  06510

Deborah Slater, AUSA
Office of the U.S. Attorney
450 Main Street
Hartford, Connecticut   06510

Mr. Brendon M. Pierpaoli
U.S. Probation Officer
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut  06604

Ioannis A. Kaloidis